UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MERLIN DARTEZ | * | CIVIL ACTION |
| VERSUS | * | NO. 07-2653 |
| CAL DIVE INTERNATIONAL, INC. | * | SECTION "I" |
| | * | MAGISTRATE 4 |
| | * | JUDGE AFRICK |
| | * | MAGISTRATE JUDGE ROBY |

## ANSWER TO COMPLAINT

**NOW INTO COURT,** through undersigned counsel, comes defendant, Cal Dive International, Inc. ("Cal Dive"), and for its answer to the Complaint filed on behalf of plaintiff, Merlin Dartez, avers as follows:

## FIRST DEFENSE

The Complaint filed on behalf of Merlin Dartez fails to state a claim against Cal Dive upon which relief may be granted.

1

**SECOND DEFENSE**

The Complaint filed on behalf of Merlin Dartez fails to state a valid cause of action and/or right of action against Cal Dive.

**THIRD DEFENSE**

Cal Dive pleads the affirmative defenses of prescription, estoppel, and the applicable statute of limitations.

**FOURTH DEFENSE**

**AND NOW,** answering the Complaint, paragraph by paragraph, Cal Dive avers as follows:

1.

The allegations of fact contained in Paragraph I of the Complaint are denied for lack of information sufficient to justify a belief therein.

2.

The allegations contained in Paragraph II of the Complaint apply to law and not fact, and, therefore, do not require a response from this defendant.

3.

The allegations contained in Paragraph III of the Complaint apply to law and not fact, and, therefore, do not require a response from this defendant.

4.

The allegations of fact contained in Paragraph IV of the Complaint are admitted.

5.

The allegations of fact contained in Paragraph V of the Complaint are denied.

6.

The allegations contained in Paragraph VI of the Complaint apply to law and not fact, and, therefore, do not require a response from this defendant.

7.

The allegations of fact contained in Paragraph VII of the Complaint are denied.

8.

The allegations of fact contained in Paragraph VIII of the Complaint are denied.

9.

The allegations of fact contained in Paragraph IX of the Complaint are denied.

10.

The allegations of fact contained in Paragraph X of the Complaint are denied.

11.

The allegations of fact contained in Paragraph XI (incorrectly numbered X) of the Complaint are denied.

12.

The allegations of fact contained in Paragraph XII (incorrectly numbered XI) of the Complaint are denied.

13.

The allegations of fact contained in all unnumbered paragraphs of the Complaint, including those which follow "WHEREFORE," are denied.

## FIFTH DEFENSE

Cal Dive denies that it or anyone for whom it may be answerable or otherwise responsible was negligent, at fault and/or caused or contributed to the existence of an unseaworthiness condition which proximately caused the alleged accident and injuries of which plaintiff complains.

## SIXTH DEFENSE

Plaintiff's injuries, if any, were caused or contributed to by his own negligence, particular inattention to duty, and other faults, all of which will be proven during the trial of this matter, which fault should act as a complete bar, or in the alternative, as a mitigating factor, to any recovery by plaintiff of damages herein.

## SEVENTH DEFENSE

Further answering, Cal Dive avers that plaintiff's injuries, if any, which are specifically and expressly denied, were neither caused by nor contributed to by Cal Dive, nor by anyone for whom it could or may have been responsible herein, nor by any aspect of the M/V DANCER or any appurtenance thereto; rather, said injuries, which again are specifically and expressly denied, were caused by the negligence and other fault of other parties and concerns.

**EIGHTH DEFENSE**

Cal Dive is entitled to an offset and credit for all sums paid unto plaintiff, be it maintenance, cure, advances, or otherwise.

**NINTH DEFENSE**

Further, and in the alternative, plaintiff has failed to timely and properly mitigate any damages sustained.

**WHEREFORE,** defendant, Cal Dive International, Inc., prays that its answer be deemed good and sufficient, and that after due proceedings are had that there be judgment in favor of defendant, Cal Dive International, Inc., and against plaintiff, Merlin Dartez, dismissing the Complaint filed on behalf of plaintiff, with prejudice, and for all additional relief that this Court is competent to provide.

Respectfully submitted,

BAYNHAM BEST, L.L.C.

   *s/ T. Patrick Baynham*
T. PATRICK BAYNHAM, T.A.  (#16805)
JOHN CALVIN BOX (#18809)
Two Lakeway Center - Suite 950
3850 N. Causeway Boulevard
Metairie, Louisiana  70002
Telephone:  (504) 837-3878
Telecopier:  (504) 837-8495
E-Mail: tpbaynham@baynhambest.com

Attorneys for Defendant,
Cal Dive International, Inc.

5

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of May, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the Court's electronic filing system.

*s/ T. Patrick Baynham*