IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**MERLIN DARTEZ**                                   **CIVIL ACTION NO: 07-2653**

**VS.**

                                                    **JUDGE AFRICK**

**CAL DIVE INTERNATIONAL, INC.**                    **MAGISTRATE JUDGE ROBY**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## STATUS REPORT

Plaintiff, **MERLIN DARTEZ**, hereby submits the following Status Report:

1.) Plaintiff Merlin Dartez, represented by:
    William N. Gee, III
    WILLIAM N. GEE, III, LTD.
    (A Professional Law Corporation)
    Post Office Drawer 52048
    Lafayette, LA 70505-2048
    (337) 289-0808
    (337) 289-0809 (Fax)

    Defendant Cal Dive International, Inc., represented by:
    T. Patrick Baynham
    John Calvin Box
    BAYNHAM BEST, LLC
    Two Lakeway Center, Ste. 950
    3850 N. Causeway Blvd.
    Metairie, LA 70002
    (504) 837-3878
    (504) 837-8495 (Fax)

2.) At this time there are no pending motions.

3.) A status conference is scheduled for July 20, 2007 at 8:45 a.m.

    A settlement conference has not been scheduled with the Magistrate Judge yet; however plaintiff anticipates scheduling the settlement conference at the appropriate time.

    A Final Pretrial Conference will be held on February 22, 2007 at 10:30 a.m.

    Trial will commence the week beginning Monday, March 17, 2008 at 8:30 a.m.

4.) Brief Case Description:

Plaintiff, a seaman, tripped on rug placed at top of stairs in wheelhouse, thereafter falling down stairs. Plaintiff received cervical and lumbar injuries. Cervical discogram is scheduled on July 24, 2007. Lumbar surgery – L4-5 & L5-S1 (Farlateral Microdiscectomies with hardware) is scheduled for August 9, 2007.

5.) Discovery To Be Taken:

1. Plaintiff's deposition
2. Cal-Dive employees including crew members
3. Liability experts of plaintiff and defendants
4. Medical experts
5. Vocational experts
6. Economic experts
7. Vessel inspection

6.) Settlement negotiations are premature at this time.

> Respectfully submitted,
> WILLIAM N. GEE, III, LTD.
> (A PROFESSIONAL LAW CORPORATION)
>
> BY:_____
> WILLIAM N. GEE, III
> Louisiana State Bar No. 14282
> Post Office Drawer 52048
> Lafayette, Louisiana 70505-2048
> (337) 289-0808
> (337) 289-0809 (Fax)
>
> *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on 10th of July, 2007, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to the following: Mr. T. Patrick Baynham.